IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW SCOTT** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GC SERVICES LIMITED** | : | |
| **PARTNERSHIP** | : | |
| *Defendant.* | : | No.  11-3892 |

### O R D E R

**AND NOW, TO WIT:** this 9th day of September, 2011, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court


S/Rose A. Barber
Rose A. Barber
Deputy Clerk

Copies forwarded by ECF to:
Daniel P. Hartstein
Richard J. Perr